IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> MARGARET LEVETO (1) ) <br> ) <br> ) | CRIM 04-31 ERIE |

NOTICE

The above entitled case is set for ___SENTENCE___

on ___October 5, 2005___ at ___2:00 P.M.___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

/s/ Richard Witas
Richard Witas, Courtroom Deputy Clerk

Date:   August 18, 2005

Copies to:
    Thomas G. Voracek, Esq.
    Rita Genetti Calvin, Esq.
    John J. Meade, Esq.

    Pretrial Services
    Probation Office - ERIE-Pgh
    U.S. Marshal - ERIE - Pgh