IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-31 Erie |
| ) | |
| MARGARET LEVETO ) | |

**POSITION OF THE GOVERNMENT**
**WITH RESPECT TO SENTENCING FACTORS**

      The United States of America, by Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Thomas G. Voracek and Rita Genetti Calvin, Trial Attorneys, Tax Division, United States Department of Justice hereby files this Position of the Government with respect to Sentencing Factors.

      The government is in agreement with the sentencing factors as set forth in the Presentence Investigation Report.

      While the presentence report states that there is no information which would warrant a departure from the prescribed sentencing guidelines, the government notes that Mrs. Leveto provided substantial assistance to the government and, therefore,

the government intends to file a motion for downward departure pursuant to Section 5K1.1 of the United States Sentencing Guidelines.

                          Respectfully submitted,

                          MARY BETH BUCHANAN
                          United States Attorney

                          s/Thomas G. Voracek
                          THOMAS G. VORACEK
                          Trial Attorney
                          Tax Division
                          U.S. Department of Justice
                          AZ ID No. 010127

                          s/Rita Genetti Calvin
                          RITA GENETTI CALVIN
                          Trial Attorneys
                          Tax Division
                          U.S. Department of Justice
                          VA ID No. 32476