IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-31 Erie |
| ) | |
| MARGARET LEVETO ) | |

**MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL**

AND NOW comes the United States of America by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Thomas G. Voracek and Rita Genetti Calvin, Trial Attorneys, Tax Division, United States Department of Justice, and respectfully moves the Court to issue an Order directing that the Government's Motion for Sentencing Departure Based on Defendant's Substantial Assistance to Authorities in the above-captioned case, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this Motion contains sensitive information that could jeopardize the defendant's safety.

                                        Respectfully submitted

                                        MARY BETH BUCHANAN
                                        United States Attorney

                                        <u>s/Thomas G. Voracek</u>
                                        THOMAS G. VORACEK
                                        Trial Attorney
                                        Tax Division
                                        U.S. Department of Justice
                                        AZ ID No. 010127

                                        <u>s/Rita Genetti Calvin</u>
                                        RITA GENETTI CALVIN
                                        Trial Attorney
                                        Tax Division
                                        U.S. Department of Justice
                                        VA ID No. 32476