IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 04-31 Erie |
| ) | |
| MARGARET LEVETO      ) | |

### **O R D E R**

AND NOW, to wit, this _____ day of September, 2005, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Government's Motion for Sentencing Departure Based on Defendant's Substantial Assistance to Authorities filed in the above-captioned case, is hereby sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc:  Thomas G. Voracek