IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.           ) | CRIM 04-31   ERIE |
| ) | |
| MARGARET LEVETO      ) | |

## NOTICE

Please be advised that the Sentencing scheduled in the above entitled case for

__October 5, 2005__ at __2:00 PM__ has been rescheduled on

__October 12, 2005__ at __2:00 PM__ in Courtroom A, 2nd Floor, U.S. Post

Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   Sept. 27, 2005

Copies to:   Thomas G. Voracek, Esq.
Rita Genetti Calvin, Esq.
John Meade, Esq.

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh