MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.    No. CRIM 04-31

MARGARET LEVETO (1)

*Defendant*

**HEARING ON** SENTENCE

Before Judge MAURICE B. COHILL, JR.

Thomas G. Voracek, Esq.            JOHN J. MEAD, Esq.
Rita Genetti Calvin, Esq.

*Appear for Plaintiff*              *Appear for Defendant*

Hearing begun 2:30pm 10-12-05       Hearing adjourned to

Hearing concluded C. A. V. 3:00 10-12-05   Stenographer Mickey Powers

**WITNESSES:**

*For Plaintiff*                     *For Defendant*

10/I; 6-12 mos; Sup.Rel. of 1 year; fine of 2,000-20,000; special assessment of $25 —
5K filed under seal is granted.

Defendant is hereby sentenced to probation for a term of one month; standard conditions; drug testing is suspended; fine waived; $25 special assessment.

Margaret Leveto is removed as defendant in CR.01-6E, all references to her name shall be removed from the file and be replaced with "unnamed co-conspirator"

Counts 4+5