IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
        vs.                     )   Criminal Number 04-31E
                                )
Margaret Leveto                 )

The above named defendant satisfied the judgment of October 12, 2005 by paying on November 10, 2005 the full balance due on his/her court ordered:

___X___ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  11-23-05
Deputy Clerk                Date